# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00479-CV**
**NO. 09-16-00034-CV**

_____

**JEFFERSON COUNTY APPRAISAL DISTRICT, Appellant**

**V.**

**GLEN W. MORGAN, TRUSTEE, Appellee**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. A-177,646**

## ORDER

The appellant, Jefferson County Appraisal District, and the appellee, Glen W. Morgan, Trustee, filed a joint motion to abate the appeals and remand the case to the trial court for rendition of judgment in accordance with the agreement of the parties. *See* Tex. R. App. P. 42.1(a)(2)(C).

The joint motion to abate and remand is granted. Without consideration of the merits, we abate the appeals, remand the case to the trial court, and authorize

1

the trial court to conduct those proceedings necessary to effectuate the parties' settlement agreement. *See id.*

The appeals will be reinstated without further orders of this Court in sixty days unless before that date the appellant files a motion to dismiss the appeals, the parties file a joint motion for an agreed disposition of the appeal, or the parties notify the Court that they require additional time to complete the settlement.

ORDER ENTERED October 25, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.